DERRICK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA        )
                                )
VS.                             )  No. 06-20264
                                )
Derrick Benton et al,           )
                                )
    Defendants,                 )


STATUS CONFERENCE
BEFORE THE HONORABLE SAMUEL H. MAYS, JR.
MEMPHIS, TENNESSEE
February 29, 2008




SHARLYN A. PHILLIPS
Official Court Reporter
Suite l132, Federal Office Building
Memphis, Tennessee  38l03
(9O1) 525-5O97

;

Page 1

APPEARANCES

| | |
|---|---|
| For the Government: | Ms. Jennifer Webber, AUSA |
| | Office U. S. Attorney |
| | 8th Floor Federal Office Bldg. |
| | Memphis, TN 38103 |
| For the Defendant Benton: | Ms. Autumn B. Chastain, Attorney |
| | Law Office Autumn Chastain |
| | 707 Adams Avenue |
| | Memphis, TN 38105 |
| For the Defendant Flowers: | Mr. Lawrence W. Kern, Attorney |
| | Kern Law Firm |
| | 5118 Park Avenue - Suite 600 |
| | Memphis, TN 38117-5710 |

;

3

THE COURT: United States against Derrick Benton and Michael Flowers. Ms. Webber, Ms. Chastain, and Mr. Kern.

Good morning.

MR. KERN: Good morning, Your Honor.

THE COURT: All right. Now, this is a report. I set it over because we got a letter from Mr. Benton, who said he was anxious to go to trial.

MS. CHASTAIN: Yes, Your Honor. I have met with Mr. Benton. We met for probably over three hours the other day. And I explained to him why his matter was reset from that Friday. My grandmother passed away, and my schedule

backed up.

        THE COURT: Well, I set it over, because -- I would have set it over anyway. But the reason I set it over to here as opposed to 30 days is that I had this correspondence, and I wanted to address it fully.

        MS. CHASTAIN: Certainly, Your Honor. I spoke with him and I met with him. And I certainly understand his concerns on why this case is taking long. He has had two prior counsel to me.

        I've been involved now. And I have expressed to him and also the government, my difficultly in getting the discovery that was provided to Mr. Irby. He has not responded to my letters. Has not responded to a call. I have

;
4

not received the video yet, which I've told Mr. Benton is imperative that I see.

        THE COURT: Well, there was a superseding indictment in this case, also.

        Do you have what Mr. Irby has, or does Mr. Irby have what Mr. Irby has with him?

        MS. WEBBER: Only a copy of what we've received, as well as an entire photograph of what Mr. Irby has. Generally, we ask counsel to make it available or we could

be doing discovery two or three times in a case. I wasn't asked to -- even if there is a way for Your Honor to order Mr. Irby --

THE COURT: Oh, let's get the material from Mr. Irby. If we can't get it -- the government has it, if worse comes to worse, is that not right?

MS. WEBBER: Yes, Your Honor.

THE COURT: All right.

MS. WEBBER: Your Honor, I assume there is some obligation for him to turn over the file to --

THE COURT: There is.

MS. CHASTAIN: That being said, Mr. Benton still has a speedy motion in place. And he understands that I am requesting for 30 days in order to get that to review with him. And at that March setting, we would be able to proceed either by resolving this matter or the trial setting.

5

THE COURT: All right. Are you comfortable with that, Mr. Benton, at this point?

THE DEFENDANT: Yes, sir, Mr. Mays.

THE COURT: All right. That's how we will

DERRICK
          proceed.

               What do you want to say, Mr. Kern?

               MR. KERN: Nothing, Your Honor. Whatever Your
          Honor is going to give her, I will take.

               THE COURT: All right.

               MR. KERN: And we'll be ready at the same time.

               THE COURT: You'll be ready. You are ready to go
          when ever Ms. Chastain is ready, is that right?

               MR. KERN: Yes, sir.

               THE COURT: Okay. We can try these together?

               MS. WEBBER: Yes, Your Honor.

               THE COURT: Now -- well, let's figure out how we
          get Mr. Irby to turn over what he has got. I don't know how
          I'm going to proceed on that, I don't like to enter an
          order.

               THE DEFENDANT: I will try to contact, Mr. Irby.
          But it has been hard for me to get in touch with him, due to
          his not always being in his office.

               THE COURT: Well, he no longer represents you, of
          course, because he was relieved as counsel. But when you are
          relieved as counsel, ordinarily you turn over the file to ;
          6
          the succeeding counsel. That is the standard practice. So
          I've got to figure out where the problem is.

                              Page 5

DERRICK
                    I guess, Ms. Lee, what we need to do is just ask

        Mr. Irby to come in and let me figure out what the problem

        is. I'd rather deal with it that way. If I can't do it that

        way, I'll figure out another way to deal with it.

                    MS. CHASTAIN: Thank you, Your Honor. I hate to

        come to the Court with that. But it is holding up the --

                    THE COURT: Well, you don't have any choice, I

        guess. I don't know what his problem is on the issue. It may

        be he just hasn't focused on it, but I'll see if I can get

        him to focus on it.

                    MS. CHASTAIN: Thank you, Your Honor.

                    THE COURT: So, that means a Report Date of March

        28th at two o'clock. The time will be excluded through April

        18, based on the need for additional time to prepare. The

        trial date will be April the 7th.

                    MS. CHASTAIN: Thank you, Your Honor.

                    MR. KERN: Thank Your Honor.

                    THE COURT: Thank you.

                        (Hearing adjourned)

;
7

                        C E R T I F I C A T E


            I, SHARLYN A. PHILLIPS, Official Court Reporter,

        certify that the foregoing is a correct transcript from

the DERRICK record of the proceedings in the above-entitled matter.

SHARLYN A. PHILLIPS
Official Court Reporter
United States District Court
Western District of Tennessee

DATE: