# UNITED STATES DISTRICT COURT
for the

Western District of Tennessee

UNITED STATES OF AMERICA
v.
**MICHAEL FLOWERS**
a/k/a Michael Partee

Case No: 2:06CR20264-02-SHM
USM No: 21299-076

Date of Original Judgment: 04/21/2009
Date of Previous Amended Judgment: 08/30/2012
*(Use Date of Last Amended Judgment if Any)*

Unam Peter Oh
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   one hundred thirty (130) months total*   **is reduced to**   one hundred seventeen (117) months total*  .

*(Complete Parts I and II of Page 2 when motion is granted)*

* Sentence includes sixty (60) months on Count 2, to run consecutive to Count 1.

Except as otherwise provided, all provisions of the judgment dated   08/30/2012   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   *09/16/2015*         *s/ Samuel H. Mays, Jr.*
                                    *Judge's signature*

Effective Date:   11/01/2015        SAMUEL H. MAYS, JR., UNITED STATES DISTRICT JUDGE
*(if different from order date)*    *Printed name and title*